# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| LARRY HOLMBERG, | Civil 11-0538 (JRT/LIB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| ADIRONDACK OPTICS, INC., | |
| Defendant. | |

Carolyn Eckart and David Fairbairn, **KINNEY & LANGE, PA**, 312 South Third Street, Minneapolis, MN 55415, for plaintiff.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated May 26, 2011 [Docket No. 6]. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that the Clerk of Court shall strike the Answer of the Defendant Adirondack Optics [Docket No. 2].

DATED: June 16, 2011
at Minneapolis, Minnesota

                                            s/ John R. Tunheim
                                           JOHN R. TUNHEIM
                                      United States District Judge